UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DAVID SHAUN NEAL and CATHY CHAN,

                    Plaintiffs,

-against-

18 SUSAN CT LLC and MICHAEL FERNANDES,

                    Defendants.

ORDER OF SERVICE

25-CV-00703-PMH

---

PHILIP M. HALPERN, United States District Judge:

Plaintiffs, who are proceeding *pro se*, paid the filing fees to commence this action.

The Clerk of Court is directed to issue summonses as to Defendants 18 Susan Ct LLC and Michael Fernandes. Plaintiffs are directed to serve the summons and complaint on each Defendant within 90 days of the issuance of the summonses.[1]

If within those 90 days, Plaintiffs have not either served Defendants or requested an extension of time to do so, the Court may dismiss the claims against Defendants under Rules 4 and 41 of the Federal Rules of Civil Procedure for failure to prosecute.

The Court grants Plaintiffs' motion for permission to file documents electronically (Doc. 4). The ECF Rules & Instructions are available online at https://nysd.uscourts.gov/rules/ecf-related-instructions.

Following Plaintiffs' registering to file documents electronically, they will no longer receive service of documents by postal mail, whether or not they previously consented to accept

---

[1] Although Rule 4(m) of the Federal Rules of Civil Procedure generally requires that a summons be served within 90 days of the date the complaint is filed, the summons in this case was not issued when Plaintiff filed the complaint because he had not paid the filing fee. The Court therefore extends the time to serve until 90 days after the date the summons is issued.

electronic service. All documents filed by the court, or any other party, shall be served on Plaintiffs by electronic notice to Plaintiffs' designated email address. *See* Fed. R. Civ. P. 5(B)(2)(E).

Should Plaintiffs have any questions regarding electronic filing, they may call the ECF Help Desk at (212) 805-0800.

The Clerk of Court is respectfully requested to terminate the pending motion (Doc. 4).

SO ORDERED.

Dated:   White Plains, New York
         February 11, 2025

PHILIP M. HALPERN
United States District Judge