UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAVID SHAUN NEAL and CATHY CHAN,

Plaintiffs,

-against-

18 SUSAN CT LLC and MICHAEL
FERNANDES,

Defendants.

**ORDER**

25-CV-00703-PMH

PHILIP M. HALPERN, United States District Judge:

Counsel for Defendants and Plaintiffs, *pro se*, appeared by telephone for a conference today.

The Court granted Defendants' counsel's motion to be relieved (Doc. 61) and stayed the action for 30 days to permit Defendants to obtain new counsel. Defendants have until February 9, 2026 for new counsel to enter an appearance on their behalf in this action. **There will be no extensions of this deadline granted**. In the event defendant Fernandes intends to proceed *pro se*, by February 9, 2026, he shall file a notice so stating and setting forth his contact information including a mailing address. Because a corporation cannot proceed *pro se*, if counsel has not entered an appearance by February 9, 2026, defendant 18 Susan CT LLC will be deemed in default; and if defendant Fernandes has not filed a notice of his intent to proceed *pro se* with his contact information, he will also be deemed in default. Upon either or both defendants' default, Plaintiffs may immediately seek default judgment.

In the event new counsel has appeared for Defendants, Defendants shall serve and file a response to Plaintiff's November 24, 2025 deficiency letter (Doc. 62-1) by February 20, 2026. The Court will thereafter schedule an in-person discovery conference.

Outgoing counsel, Christopher J. Fromme, is directed to advise Defendants of the foregoing warning and the Court's order, and shall file a letter by January 14, 2026 confirming that he has communicated the foregoing to Defendants.

See Transcript.

The Clerk of Court is respectfully requested to terminate Christopher J. Fromme as counsel of record in this action.

Dated: White Plains, New York
       January 7, 2026

**SO ORDERED:**

_____
Philip M. Halpern
United States District Judge