UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAVID SHAUN NEAL and CATHY CHAN,<br><br>                    Plaintiffs,<br><br>          -against-<br><br> 18 SUSAN CT LLC and MICHAEL<br> FERNANDES,<br><br>                    Defendants. | **ORDER**<br><br>25-CV-00703-PMH |

PHILIP M. HALPERN, United States District Judge:

An evidentiary hearing on Plaintiffs' motion for default judgment has been scheduled for

May 19, 2026 at 10:00 a.m. to be held in Courtroom 520 of the White Plains courthouse.

Plaintiffs are directed to bring with them and produce to the Court at the time of the hearing,

to the extent the documents exist: a recorded copy of the subject Contract for Deed; the deed to 18

Susan Ct. Tuxedo Park, NY 10987 (the "Property"); any title insurance policy(ies); and any other

documents concerning the Property, any mortgages on the Property, and/or closing documents in

connection with the Property and Contract for Deed.

SO ORDERED:

Dated: White Plains, New York
          April 3, 2026

_____
Philip M. Halpern
United States District Judge