UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAVID SHAUN NEAL and CATHY CHAN,

Plaintiffs,

-against-

18 SUSAN CT LLC and MICHAEL
FERNANDES,

Defendants.

**ORDER**

25-CV-00703-PMH

PHILIP M. HALPERN, United States District Judge:

Due to a scheduling conflict, the evidentiary hearing on Plaintiffs' motion for default judgment scheduled for May 19, 2026 is advanced to **May 14, 2026 at 10:00 a.m.** to be held in Courtroom 520 of the White Plains courthouse. All other provisions of the Court's April 3, 2026 order remain in effect.

Dated:  White Plains, New York
       April 24, 2026

**SO ORDERED:**

_____
Philip M. Halpern
United States District Judge