UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAVID SHAUN NEAL and CATHY CHAN,

Plaintiffs,

-against-

18 SUSAN CT LLC and MICHAEL
FERNANDES,

Defendants.

**ORDER**

25-CV-00703-PMH

PHILIP M. HALPERN, United States District Judge:

Plaintiffs David Shaun Neal and Cathy Chan appeared in person for an evidentiary hearing on May 14, 2026 in connection with their motion for default judgment against Defendants 18 Susan CT LLC and Michael Fernandes. Defendants, who were deemed in default, did not appear at the hearing. The Court took testimony and exhibits into evidence.

For the reasons set forth in detail on the record and law cited therein, the Court ruled as follows: (i) the first claim for relief for breach of contract insofar as it is alleged by Plaintiff David Shaun Neal against Defendants is dismissed; (ii) the first claim for relief for breach of contract insofar as it is alleged against Defendant Michael Fernandes is dismissed; (iii) on the first claim for relief for breach of contract, Plaintiff Cathy Chan is entitled to judgment on liability against Defendant 18 Susan CT LLC; and (iv) the second claim for relief for fraud is dismissed.

In light of Plaintiff's representation that she seeks only money damages under section 9(b) of the subject Contract and no longer seeks declaratory or injunctive relief under section 9(a) of the Contract, the Court directed that, if she be so advised, by June 15, 2026, Plaintiff shall serve and file the notice required under section 9(b) upon Defendant 18 Susan CT LLC and her affidavit setting forth her damages under the Contract together with exhibits evidencing those damages.

See Transcript.

The Clerk of Court is respectfully requested to terminate David Shaun Neal as a Plaintiff and Michael Fernandes as a Defendant.

Dated: White Plains, New York
       May 14, 2026

**SO ORDERED:**

_____
Philip M. Halpern
United States District Judge