UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAVID SHAUN NEAL and CATHY CHAN,

　　　　　　　　Plaintiffs,

-against-

18 SUSAN CT LLC and MICHAEL
FERNANDES,

　　　　　　　　Defendants.

**ORDER**

25-CV-00703-PMH

PHILIP M. HALPERN, United States District Judge:

On May 14, 2026, the Court directed that to the extent Plaintiff Chan seeks only money damages under section 9(b) of the subject Contract and no longer seeks declaratory or injunctive relief under section 9(a) of the Contract, by June 15, 2026, she was to serve and file the notice required under section 9(b) upon Defendant 18 Susan CT LLC, as well as her affidavit setting forth her damages under the Contract together with exhibits evidencing those damages.

Plaintiff Chan served upon Defendant 18 Susan CT LLC a notice pursuant to section 9(b) of the Contract on May 21, 2026. (Doc. 81, Doc. 82). To date, Plaintiff has not, however, filed an affidavit setting forth her damages under the Contract together with exhibits evidencing those damages.

The Court *sua sponte* extends the time for Plaintiff Chan to file her damages affidavit to July 13, 2026. In the event Plaintiff Chan no longer seeks money damages against Defendant 18 Susan CT LLC, she shall so advise the Court by July 13, 2026 of her voluntary dismissal of this action.

Dated: White Plains, New York
　　　 June 29, 2026

**SO ORDERED:**

_____
Philip M. Halpern
United States District Judge