UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAVID SHAUN NEAL and CATHY CHAN,

Plaintiffs,

-against-

18 SUSAN CT LLC and MICHAEL FERNANDES,

Defendants.

**DEFAULT JUDGMENT**

25-CV-00703-PMH

PHILIP M. HALPERN, United States District Judge:

**UPON** the Court's finding of liability in favor of Plaintiff Cathy Chan against Defendant 18 Susan CT LLC on the first claim for relief for breach of contract (Doc. 80), the filing and service of the notice required under section 9(b) of the Contract upon Defendant 18 Susan CT LLC (Doc. 81, Doc. 82), the Declaration of Cathy Chan in support of damages dated July 6, 2026 and the exhibits annexed thereto (Doc. 84), the Memorandum of Law dated July 6, 2026 (Doc. 85), and upon all of the prior papers and proceedings heretofore had herein; it is hereby

**ORDERED, ADJUDGED AND DECREED** that Plaintiff Cathy Chan have judgment against Defendant 18 Susan CT LLC in the principal amount of $260,080, plus pre-judgment interest in the amount of $51,752.36, for a total award of $311,832.36, with post-judgment interest accruing thereon at the statutory rate, and that Plaintiff Cathy Chan have execution therefor.

**SO ORDERED**:

Dated: White Plains, New York
July 9, 2026

Philip M. Halpern
United States District Judge